**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JOHN F. JOHNSON, #R71062, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:18-cv-01204 |
| v. | ) | |
| | ) | |
| GHALIAH OBAISI, Independent Executor | ) | Honorable Franklin U. Valderrama |
| of the Estate of SALEH OBAISI, deceased, | ) | Magistrate Judge Jeffrey Cole |
| ALMA MARTIJA, and WEXFORD | ) | |
| HEALTH SOURCES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL**

Plaintiff John F. Johnson and Defendants Ghaliah Obaisi, Independent Executor of the

Estate of Saleh Obaisi, deceased, Alma Martija, and Wexford Health Sources, Inc., by their

attorneys, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate to the

dismissal of this case with prejudice. Each party shall bear its own attorney's fees, costs, and

expenses.

AGREED:

/s/ *Dennis J. Abdelnour*
Dennis J. Abdelnour (#6292242)
Vikram A. Mathrani (#6318690)
Honigman LLP
155 North Wacker Drive, Suite 3100
Chicago, IL 60606
Tel: (312) 701-9300
dabdelnour@honigman.com
vmathrani@honigman.com

**Counsel for Plaintiff**

Date: November 16, 2021

/s/ *Robert S. Tengesdal*
Robert S. Tengesdal (#6288650)
Connolly Krause LLC
500 West Madison Street
Suite #3900
Chicago, IL 60661
Tel: (312) 253-6200
rtengesdal@cktrials.com

**Counsel for Defendants**

Date: November 16, 2021

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 16, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to all parties of record.

*/s/ Dennis J. Abdelnour*